# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2316 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 108 DB 2016 |
| | : | |
| | : | Attorney Registration No. 208273 |
| v. | : | |
| | : | (Delaware County) |
| MICHAEL JOSEPH VISCUSO | : | |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of November, 2016, the Joint Petition to Temporarily Suspend an Attorney is granted, Respondent Michael Joseph Viscuso is placed on temporary suspension, *see* Pa.R.D.E. 208(f), and he shall comply with all the provisions of Pa.R.D.E. 217.